## DISCIPLINARY CASES

**1990–2075. Toledo Bar Assn. v. Wingate.**
On October 11, 2002, respondent, Ronnie L. Wingate, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D), and with its order dated February 12, 1992, in which the court reinstated respondent and placed him on monitored probation.

THEREFORE, IT IS ORDERED by the court that the probation of respondent, Ronnie L. Wingate, Attorney Registration No. 0033926, last known business address in Toledo, Ohio, be, and hereby is, terminated.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

**2001–1579. Cleveland Bar Assn. v. Johnson.**
IT IS ORDERED by this court, sua sponte, that Thomas L. Johnson, Attorney Registration No. 0025389, last known business address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of January 30, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before March 1, 2002.

[Cite as *11/07/2002 Case Announcements,* 2002-Ohio-6040.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*November 7, 2002*

## MOTION AND PROCEDURAL RULINGS

**2002–0903. Cohara v. Consol. Rail Corp.**
Cuyahoga App. Nos. 79459 and 79819, 148 Ohio App.3d 153, 2002-Ohio-1557. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appearing to the court that the record in this case was filed on October 10, 2002, but the receipt of the record inadvertently was not docketed until November 5, 2002,

IT IS ORDERED by the court, sua sponte, that appellant's merit brief shall be due forty days from the date of this entry and that the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**2002–1647. Nyamusevya v. Dr. T.C. Hobbs & Assoc., Inc.**
Franklin App. No. 02AP–782. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On October 23, 2002, this court denied appellant's motion for stay of the court of appeals' judgment. On October 31, 2002, appellant filed a motion to vacate the court's order denying the motion for stay. Whereas appellant's motion to vacate is, in substance, a request for reconsideration of this court's entry of October 23, 2002, and S.Ct.Prac.R. XI does not permit the filing of such requests,

IT IS ORDERED by the court, sua sponte, that the motion to vacate be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**2002–0630. State ex rel. Hicks v. Indus. Comm.**
Franklin App. No. 01AP–61. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.